

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2022

No. 04-22-00112-CV

John **CLARK**,
Appellant

v.

Maria Elzbieta **CLARK**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-20250
Honorable David A. Canales, Judge Presiding

# O R D E R

The clerk's record was originally due May 19, 2022, but was not filed. On May 20, 2022, the district clerk filed a notification of late record, stating the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

We therefore **order** appellant provide written proof to this court indicating either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by June 3, 2022**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2022.



Michael A. Cruz,
Clerk of Court